**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Civil 01-1061 MJD /SRN**

**Mann Design Ltd.,**

**Plaintiff,**

**v.**

**ORDER OF RECUSAL**

**Philip Druhan,**

**Defendant.**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: June 19, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED JUN 19 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to a recusal by the Magistrate Judge on this case, the case has now been reassigned to Magistrate Judge Franklin L. Noel.

Mann Design Ltd vs. Philip Druhan

NEW CASE NUMBER CIVIL 01-1061 MJD/FLN

Use this case number for all further filings.