**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MANN DESIGN LTD., a Minnesota corporation,

Plaintiff,

v.

Philip Druhan, an individual; and Farnam Companies, Inc., an Arizona corporation,

Defendants.

Civil No.: 01-1061 MJD/FLN

**ORDER DISMISSING PHILIP DRUHAN WITHOUT PREJUDICE**

---

THIS MATTER coming before the Court on the parties' Stipulated Motion to Dismiss Without Prejudice, Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), having been fully advised in the premises.

IT IS HEREBY ORDERED that the parties' Stipulated Motion is GRANTED. Accordingly, all counts against Defendant Philip Druhan in Civil Action No. 01-1061 are hereby dismissed without prejudice, and Defendant Philip Druhan is dismissed without prejudice from this lawsuit.

DONE AND ORDERED this 11th day of Feb, 2002.

BY THE COURT:

Michael J. Davis

Hon. Michael J. Davis
United States District Court Judge

2310205.1

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______