IN THE UNITED STATES DISTRICT COURT **ORIGINAL**
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MANN DESIGN LTD., a Minnesota Corporation,<br>Plaintiff,<br>v.<br>FARNAM COMPANIES, INC., an Arizona Corporation,<br>Defendant. | Civil Action No. 01-1061 MJD/FLN<br><br>**ORDER AMENDING PRETRIAL SCHEDULE** |

The parties having jointly moved the Court for an extension of certain pretrial discovery deadlines, and good cause having been shown pursuant to Local Rule 16.3,

**IT IS SO ORDERED** that the Pre-Trial Schedule is amended as follows:

| **Description** | ***Revised* Cut-Off Date** |
|---|---|
| Initial Expert Reports | July 1, 2002 |
| Rebuttal Expert Report | August 1, 2002 |
| Expert depositions | September 1, 2002 |
| Close of Discovery | September 1, 2002 |
| Non-Dispositive Motions | September 1, 2002 |
| Dispositive Motions | October 1, 2002 |
| Trial Date | November 1, 2002 |

In all other respects, the Court's Pretrial Schedule, dated November 21, 2001, remains in full force and effect.

DATED: 5/13, 2002

FRANKLIN L. NOEL
[redacted] Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK