**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil Action No. 01-1061 MJD/FLN

Mann Design, Ltd.,
a Minnesota Corporation,

Plaintiff,

v.

Farnam Companies, Inc.,
an Arizona Corporation.

Defendant.

**ORDER AMENDING PRETRIAL SCHEDULE**

Plaintiff Mann Design has moved the Court to modify the pretrial schedule to allow for the filing of a Second Amended Complaint. Defendant Farnam Companies, Inc. does not oppose the motion, and has stipulated, under Rule 15, to the filing of the Second Amended Complaint proposed by Mann. Good cause having been shown pursuant to Local Rule 16.3, IT IS HEREBY ORDERED that the Pretrial Schedule is amended to allow Plaintiff to file its Second Amended Complaint.

In all other respects, Court's Pretrial Schedule dated November 21, 2001 as modified by its May 13, 2002 Order, remains in full force effect.

Dated: July 1, 2002

Franklin L. Noel
The Honorable Franklin L. Noel
Chief Magistrate Judge of the District Court



JUL 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK