**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil Action No. 01-1061 MJD/FLN

Mann Design, Ltd.,
a Minnesota Corporation,

Plaintiff,

v.

Farnam Companies, Inc.,
an Arizona Corporation.

Defendant.

**ORDER AMENDING AMENDED PRETRIAL SCHEDULE**

The parties have jointly moved the Court for an Order Amending Amended Pretrial Schedule to allow for a single deposition of an expert to occur in September of 2002. Good cause having been shown pursuant to Local Rule 16.3,

**IT IS SO ORDERED**. The pretrial schedule is amended solely to allow for the deposition of Farnam's patent expert to occur on or before September 25, 2002. In all other respects, the Court's pretrial schedule, dated November 21, 2001, as amended by Order dated May 13, 2002, shall remain in full force and affect.

Dated: Sept 6, 2002.

Franklin L. Noel
Magistrate Judge

9-9-02